# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:                                                                                          Bk. No. 23–10118–BAH
                                                                                                Chapter 7
Todd Jeffrey Bellows
Lorraine Lynn Bellows
    Debtors

---

## NOTICE REGARDING REAFFIRMATION AGREEMENT

On June 1, 2023, a reaffirmation agreement between the debtors and creditor Savings Bank of Walpole was filed (Doc. No. 18) (the "Reaffirmation Agreement"). Upon review of the Reaffirmation Agreement and in accordance with 11 U.S.C. § 524(d), no hearing is required and no order approving or disapproving the Reaffirmation Agreement is necessary because:

☒  The Reaffirmation Agreement relates to a consumer debt secured by real property. 11 U.S.C. § 524(c)(6)(B).

☐  The Reaffirmation Agreement is signed by an attorney who represented the debtors during the course of negotiating the Reaffirmation Agreement and indicated the Reaffirmation Agreement does not impose an undue hardship. 11 U.S.C. § 524(c)(3).

☐  The Reaffirmation Agreement is signed by an attorney who represented the debtor during the course of negotiating the Reaffirmation Agreement and indicated the Reaffirmation Agreement does impose an undue hardship; but the presumption does not apply as the creditor is a credit union. 11 U.S.C. § 524(c)(3) and (m)(2).

Date: June 6, 2023                                                                              Kristie Trimarco
                                                                                                Clerk of Court
                                                                                                By: /s/ A. Wade
                                                                                                Deputy Clerk

Form reafntc–829